Nicholas Cox #98253
Name

P.O. Box 311

El Dorado, KS 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Nicholas Cox, Plantiff
(Full Name)

v.

Jeff Zmuda, Defendant(s)
Jeff Butler

CASE NO. 23-3228-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Nicholas Cox (Plaintiff), is a citizen of Kansas (State) who presently resides at P.O. Box 311, El Dorado, KS 67042 (Mailing address or place of confinement.)

2) Defendant Jeff Zmuda (Name of first defendant) is a citizen of Topeka, KS (City, State), and is employed as Secretary of Corrections (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

He is charged with the operations, policies, and procedures for the state of Kansas

3) Defendant __Jeff Butler__ is a citizen of
(Name of second defendant)

__El Dorado, KS__, and is employed as
(City, state)

__Ex Warden of El Dorado Prison__. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

He was the warden at El Dorado prison during the times in this complaint

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

No additional jurisdiction

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

This case is a failure to protect case. El Dorado has me as a possible sureno or sureno affiliate and put me out on their yard twice after all the surenos were removed due to the danger they faced. I was attacked both times. Both times weapons were used against me and I was disfigured and harmed.

Defendant Brett Sissell is a citizen of El Dorado, KS and is employed as a Special agent in the Enforcement, Apprehension, and Investigations Unit at El Dorado Prison. At the time of the claim alleged in this complaint the defendant acted under the color of state law. He was charged with managing SOG issues, including housing.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Failure to protect from harm

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On or around January 17, 2023 I read an affidavit from case # 22-CV-3154 by EAI agent Sissell. The affidavit states that I am a suspected Sureno. Prior to my being released to general population on May 20, 2020,

B) (1) Count II: _____

(2) Supporting Facts: _____

C. Cause of Action

(Count 1 supporting facts (cont))- All of the Surenos were removed from general population at El Dorado Prison because they were being attacked by VLB's gang. While I am not a Sureno, nor have I ever been one, Sissell must have had information from one of his many sources that I was. I have personally never told him I was or anyone else for that matter. I later found out it was the leader of the VLB's who has stolen from me in the past that was spreading that rumor, which Sissell must've heard. Based upon El Dorado's own actions of removing all the Surenos from their yard but letting me walk out on the yard not knowing what they knew, this was not just a failure to protect me from harm but a deliberate action that put me into harm's way. I had my ear split in half and head stitched from being attacked by a belt and padlock on May 20, 2020. On August 3, 2021, I was attacked by three people, one of which had a knife and my head was cut. I was never notified that I was a suspected Sureno and never should have been released on this yard as all confirmed and suspected Surenos were removed long before May 2020. I told Sissell I didn't know why I was attacked on May 20, 2020 and he told me he would find out and never came and told me why. Further, why not try a different prison such as a medium custody prison after the first attack. This is gross negligence to begin with.

C) (1) Count III: _____

_____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [X] No [ ]. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
   Plaintiffs: Nicholas Cox
   Defendants: Jeff Zmuda, Jeff Butler, Tommy Williams
   b) Name of court and docket number  22-CV-3154
   District of Kansas
   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) pending
   d) Issues raised  equal protection, cruel and unusual punishment

4

e) Approximate date of filing lawsuit June 2022

f) Approximate date of disposition pending

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I grieved it to the Secretary. They attached it to a seperate grievance but they saw it.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$100,000 in compensatory damages
$5,000,000 in punitive damages
or
a full good time restoral.

Signature of Attorney (if any)            Signature of Plaintiff

(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983