IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**NICHOLAS COX,**

    **Plaintiff,**

    v.                                                               CASE NO. 23-3228-JWL

**JEFF ZMUDA, et al.,**

    **Defendants.**

## ORDER

This pro se § 1983 civil rights case asserts the same claims as those asserted in Plaintiff's Case No. 23-3167.  This case was filed due to the dismissal of Case No. 23-3167.  Plaintiff sought to have Case No. 23-3167 reopened and indicated that this second case should not have been filed.  The Court has now reopened Case No. 23-3167.  Therefore, this case is dismissed without prejudice due to the reopening of Case No. 23-3167.

    **IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice.**

    **IT IS SO ORDERED**.

    Dated October 26, 2023, in Kansas City, Kansas.

                                                       **S/ John W. Lungstrum**
                                                       **JOHN W. LUNGSTRUM**
                                                       **UNITED STATES DISTRICT JUDGE**